IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LAURIE JOLLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 116-065 |
| | ) |
| DEPARTMENT OF THE ARMY, | ) |
| | ) |
| Defendant. | ) |

**SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report, the Court hereby **GRANTS** the parties' joint request to stay discovery pending ruling on Defendants' motion to dismiss. (Doc. no. 13.) In the event said motion is denied, the parties shall file within seven days of the ruling a supplemental Rule 26(f) Report containing proposed, date-certain deadlines for the completion of all discovery.

SO ORDERED this 6th day of October, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA